IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD,
ADC #166447                                                                        PLAINTIFF

VS.                              5:19-CV-00006-BRW-JJV

DEXTER PAYNE, Deputy Director,
Arkansas Department of Correction                                                  DEFENDANT

### ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation as set out below:

The complaint is dismissed without prejudice.[2] Dismissal constitutes a "strike," and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 23rd day of January, 2019.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 4, 5.

[2] Doc. No. 2.

[3] 28 U.S.C. § 1915(a)(3) and (g).