IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD,
ADC #166447                                                                                    PLAINTIFF

VS.                              5:19-CV-00006-BRW-JJV

DEXTER PAYNE, Deputy Director,
Arkansas Department of Correction                                                              DEFENDANT

## JUDGMENT

Based on the Order entered today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 23rd day of January, 2019.


               /s/ Billy Roy Wilson_____
                 UNITED STATES DISTRICT JUDGE